UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN OSBORNE, BRIAN COLEMAN, EVE COLEMAN, HELEN MILLHOUSE, and MATTHEW D. BROWN, as participants in and on behalf of the Kraft Heinz Savings Plan, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> EMPLOYEE BENEFITS ADMINISTRATION BOARD OF KRAFT HEINZ, BERNARDO HEES, PAULO BASILIO, DAVID KNOPF, ANDREW STONER, RISHI NATARAJAN, YANG XU, JAMES LIU, GREG GUIDOTTI, CHRISTOPHER SKINGER, and VINCE GARLATI, <br><br> Defendants. | Case No. 1:20-cv-02256 <br><br> Honorable Robert M. Dow, Jr. |

**DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), and upon the accompanying memorandum of law, Defendants The Employee Benefits Administration Board of Kraft Heinz, Bernardo Hees, Paulo Basilio, David Knopf, Andrew Stoner, Rishi Natarajan, Yang Xu, James Liu, Greg Guidotti, Christopher Skinger, and Vince Garlati ("Defendants") respectfully move the Court to dismiss Plaintiffs' First Amended Complaint dated June 28, 2019 (ECF No. 45) in its entirety and with prejudice. Additionally, Defendants request the opportunity to present oral argument on this motion.

Dated:  July 2, 2020

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

 /s/ Daniel J. Kramer
Daniel J. Kramer (*pro hac vice*)
Andrew J. Ehrlich (*pro hac vice*)
William A. Clareman (*pro hac vice*)
1285 Avenue of the Americas
New York, NY  10019-6064
Phone:  (212) 373-3000
Fax:  (212) 757-3990
dkramer@paulweiss.com
aehrlich@paulweiss.com
wclareman@paulweiss.com

Matthew D. Stachel (*pro hac vice*)
500 Delaware Avenue, Suite 200
Post Office Box 32
Wilmington, DE  19899-0032
(302) 655-4410
mstachel@paulweiss.com

**JENNER & BLOCK LLP**

Dean N. Panos (Il. ARDC # 6203600)
Howard S. Suskin (Il. ARDC # 6185999)
Gabriel K. Gillett (Il. ARDC # 6328233)
353 N. Clark Street
Chicago, IL  60654-3456
Phone:  (312) 222-9350
Fax:  (312) 527-0484
dpanos@jenner.com
hsuskin@jenner.com
ggillett@jenner.com

*Counsel for Defendants*

**STEPTOE & JOHNSON LLP**

Paul J. Ondrasik, Jr.
Sara R. Pikofsky
Mark Savignac
1330 Connecticut Ave., NW
Washington, DC 20036
Phone: (202) 429-3000
Fax: (202) 429-3902
pondrasik@steptoe.com
spikofsky@steptoe.com
msavignac@steptoe.com

*Of Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *Defendants' Motion to Dismiss the First Amended Complaint* was filed on July 2, 2020 with the Clerk of the Court using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

By: */s/ Daniel J. Kramer*
Daniel J. Kramer