IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Osborne, et al.

Plaintiff(s),

v.

Employee Benefits Administration Board of Kraft Heinz, et al.,

Defendant(s).

Case No. **20-cv-02256**

Judge Robert M. Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) **John Osborne, Brian Coleman, Eve Coleman, Helen Millhouse, Matthew D. Brown,**
and against plaintiff(s) Employee Benefits Administration Board of Kraft Heinz, David Knopf, Greg Guidotti, Bernardo Hees, Paulo Basilio, Andrew Stoner, Rishi Natarajan, Yang Xu, James Liu, Christpher Skinger, and Vince Garlati.
Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Robert M. Dow on a motion to dismiss.

Date: 9/14/2021                                   Thomas G. Bruton, Clerk of Court

Carolyn Hoesly, Deputy Clerk