ILND 450 (Rev. 10/13) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Osborne, et al.

Plaintiff(s),

v.

Employee Benefits Administration Board of Kraft
Heinz, et al.,

Defendant(s).

Case No. **20-cv-02256**

Judge Robert M. Dow

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

       which ☐ includes     pre–judgment interest.
              ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒     in favor of defendant(s) Employee Benefits Administration Board of Kraft Heinz, David Knopf, Greg Guidotti, Bernardo Hees, Paulo Basilio, Andrew Stoner, Rishi Natarajan, Yang Xu, James Liu, Christpher Skinger, and Vince Garlati.

and against plaintiff(s) John Osborne, Brian Coleman, Eve Coleman, Helen Millhouse, Matthew D. Brown.

Defendant(s) shall recover costs from plaintiff(s).

---

☐     other:

---

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Robert M. Dow on a motion to dismiss.

Date:   9/15/2021                 Thomas G. Bruton, Clerk of Court

ILND 450 (Rev. 10/13) Judgment in a Civil Action

Carolyn Hoesly, Deputy Clerk